**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **COMPUTER PROGRAMS AND SYSTEMS, INC. AND EVIDENT LLC** ) ) ) )  **Plaintiffs,** ) ) **v.** ) ) **WAZU HOLDINGS, LTD. AND EVIDENT, INC.** ) ) **Defendants.** ) ) ———————————————— ) **EVIDENT, INC.,** ) ) **Counterclaimant,** ) ) **v.** ) ) **COMPUTER PROGRAMS AND SYSTEMS, INC. AND EVIDENT LLC,** ) ) **Counterdefendants.** ) ) ———————————————— ) | **Civil Action No. 1:15-cv-00405-KD-N** |

<u>**DEFENDANT WAZU HOLDINGS, LTD. AND DEFENDANT AND**</u>

<u>**COUNTERCLAIMANT EVIDENT, INC.'S PRETRIAL DISCLOSURES**</u>

Pursuant to Rule 26, subsection (a)(3) of the Federal Rules of Civil Procedure, Defendant Wazu Holdings, Ltd. and Defendant and Counterclaimant Evident, Inc. (collectively, "Evident") submit the following pretrial disclosures.

**I.     Evident's Witnesses**

    A.     Evident intends to call the following witnesses:

1. Brenda Edwards, Chief Financial Officer for Evident (c/o Evident's counsel)

2. Paolo Kalaw, Chief Executive Officer for Evident (c/o Evident's counsel)

3. Kurt Goodfellow, former employee of Evident (c/o Evident's counsel)

4. Professor David Stewart, Evident's liability expert (c/o Evident's counsel)

5. Dr. Lawrence Baker, Evident's liability expert (c/o Evident's counsel)

6. Irving Rappaport, Evident's liability expert (c/o Evident's counsel)

7. Dr. Michael Einhorn, Evident's damages expert (c/o Evident's counsel)

8. John Boyd Douglas Jr., Chief Executive Officer for CPSI (c/o CPSI's counsel)

9. Scott Schneider, CPSI (c/o CPSI's counsel)

10. Brandon Browning, Trademark Counsel for CPSI (c/o CPSI's counsel)

B.   Evident may call the following witnesses if the need arises:

1. Matt Chambless, Chief Financial Officer for CPSI (c/o CPSI's counsel)

2. Robert Douglas Hinckle, Senior Vice President over Clinical and Financial Software Divisions for CPSI (c/o CPSI's counsel)

3. Dr. Elsbeth Kalenderian, CPSI's liability expert (c/o CPSI's counsel)

C.  Evident intends to present the following witness testimony by deposition, and reserves the right to further designate depositions if a witness listed becomes unavailable:

1. Rayne Verity, former Chief Executive Officer of Evident (c/o Evident's counsel)

2. Jennifer Humphreys, CPSI employee (c/o CPSI's counsel)

3. Kurt Goodfellow, former employee of Evident (c/o Evident's counsel) (if unavailable to appear in person at trial)

4. Patrick Goodfellow, former employee of Evident (c/o Evident's counsel)

5. Tristan Goodfellow, former employee of Evident (c/o Evident's counsel)

6. James Cerruti, Brand Logic (formerly Tenet Partners) representative (104 Leeuwarden Road, Darian, CT 06820) (by video deposition)

## II.  Evident's Exhibits

| EXHIBITS | | FOR IDENTIFICATION ONLY | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | Customer List of Evident, LLC (Exh. 29 to Kalaw Dep.) (CL 000001) *Confidential/Restricted-AEO* | | |
| 2 | Letter dated August 5, 2015 from Scott Hervey to Boyd Douglas (Exh. 30 to Kalaw Dep.) | | |
| 3 | Customer List of Evident, Inc. dated November 20, 2015 (Exh. 31 to Kalaw Dep.) (EVIDENT_INC_10756 -10769) *Confidential* | | |
| 4 | CPSI logo and tagline (Exh. 72 to Schneider Dep.) (CPSI 11-22) *Confidential / Restricted-AEO* | | |

| | | | |
|---|---|---|---|
| 5 | Comparative list showing number of hospitals who have successfully attested for receiving Meaningful Use funds (Exh. 73 to Schneider Dep.) (CPSI 28) *Confidential / Restricted-AEO* | | |
| 6 | Email dated November 22, 2013 from James Cerruti to Scott Schnedier re "Revitalizing the CPSI brand" (Exh. 74 to Schneider Dep.) (CPSI 2391) *Confidential / Restricted-AEO* | | |
| 7 | Photograph of booth at HIMSS (Exh. 75 to Schneider Dep.) (CPSI 10193) *Confidential / Restricted-AEO* | | |
| 8 | BrandLogic proposal to CPSI dated February 28, 2013 (Exh. 76 to Schneider Dep.) (CPSI 2392 – 2411) *Confidential / Restricted-AEO* | | |
| 9 | Email dated November 26, 2013 from James Cerruti to Scott Schneider re "Brand strategy proposal" (Exh. 77 to Schneider Dep.) (CPSI 2381) *Confidential / Restricted-AEO* | | |
| 10 | BrandLogic proposal to CPSI dated November 26, 2013 (Exh. 78 to Schneider Dep.) (CPSI 2382 – 2390) *Confidential / Restricted-AEO* | | |
| 11 | Email dated June 16, 2014 from Denis Riney to Scott Schneider and Jenny Humphreys re "Revised proposal for CPSI" (Exh. 79 to Schneider Dep.) (CPSI 2413) *Confidential / Restricted-AEO* | | |
| 12 | BrandLogic proposal to CPSI dated  June 16, 2014 (Exh. 80 to Schneider Dep.) (CPSI 2414 – 2439) *Confidential / Restricted-AEO* | | |
| 13 | Email dated June 10, 2014 from Jenny Humphreys to Rob Hinckle, Troy Rosser, Sean Nicholas, Bob Humphrey, Chris Fowler, Grant Tillett and Doug Dewberry re "Rebrand Update" with attached Strategy Recommendations Feedback (Exh. 81 to Schneider Dep.) (Branding 29 – 35) *Confidential / Restricted-AEO* | | |
| 14 | Email dated May 1, 2014 from Jenny Humphreys to Rob Hinckle, Troy Rosser, Sean Nicholas, Bob Humphrey, Chris Fowler, Grant Tillett and Doug Dewberry re "Strategy Recommendations" with attached Brandlogic proposal to CPSI dated April 29, 2014 (Exh. 82 | | |

| | | | |
|---|---|---|---|
| | to Schneider Dep.) (Branding 36 – 91) *Confidential / Restricted-AEO* | | |
| 15 | Email dated June 20, 2014 from Carol Friedland to Scott Schneider re "Draft naming brief" with attached naming brief (Exh. 83 to Schneider Dep.) (CPSI 853 – 859) *Confidential / Restricted-AEO* | | |
| 16 | Email dated June 24, 2014 from Denis Riney to Jenny Humphreys re "Revised proposal from Brandlogic" with attached CPSI proposal to CPSI dated June 24, 2014 (revised) (Exh. 84 to Schneider Dep.) (CPSI 661- 687) *Confidential / Restricted-AEO* | | |
| 17 | Email dated October 2, 2014 from Carol Friedland to Jenny Humphreys re "Url options and domain brokers" with attached URL ideas and domain brokers (Exh. 85 to Schneider Dep.) (CPSI 896 – 898) *Confidential / Restricted-AEO* | | |
| 18 | Email dated October 3, 2014 (and prior thread) from James Cerruti to Scott Schneider re "Beta naming" (Exh. 86 to Schneider Dep.) (CPSI 2320 – 2322) *Confidential / Restricted-AEO* | | |
| 19 | BrandLogic proposal dated October 3, 2014 (Exh. 87 to Schneider Dep.) (CPSI 526 – 537) *Confidential / Restricted-AEO* | | |
| 20 | Tenet - Evident design refinements dated November 25, 2014 – Draft │Confidential  (Exh. 88 to Schneider Dep.) (CPSI 3387 – 3395) *Confidential / Restricted-AEO* | | |
| 21 | Email dated November 24, 2014 (and prior thread) from Carol Friedland to Jenny Humphreys re "Tagline question" (Exh. 89 to Schneider Dep.) (CPSI 5278 – 5279) *Confidential / Restricted-AEO* | | |
| 22 | Email dated December 22, 2014 from Kelly Scheer to Jenny Humphreys re "Revised launch plan and audience messaging" with attached launch plan and revised launch messaging (Exh. 90 to Schneider Dep.) (CPSI 4477 -4482) *Confidential / Restricted-AEO* | | |
| 23 | Email dated December 12, 2016 from Kelly Scheer to J. Humphreys re draft CPSI corporate brochure (Exh. 91 to Schneider Dep.) (CPSI | | |

| | | | |
|---|---|---|---|
| | 9640 – 9647) *Confidential / Restricted-AEO* | | |
| 24 | Email dated December 12, 2016 from Kelly Scheer to J. Humphreys re draft Evident brochure (Exh. 92 to Schneider Dep.) (CPSI 9621 – 9628) *Confidential / Restricted-AEO* | | |
| 25 | Email dated February 3, 2015 from Kelly Scheer to Jenny Humphreys re "Alpha brochure for review" with attached revised Evident brochure (Exh. 93 to Schneider Dep. (CPSI 5044 – 5052) *Confidential / Restricted-AEO* | | |
| 26 | Complaint for Declaratory Judgment (Exh. 94 to Schneider Dep.) | | |
| 27 | Emails between Neal Massand and Brandon Browing and drafts Consent to Use and Register and CAP Digisoft Coexistence Agreement (Exh. 95 to Schneider Dep.) (BB CAP 1 – 15) *Confidential* | | |
| 28 | CAP Coexistence Agreement dated October 15, 2014 (Exh. 96 to Schneider Dep.) (BB CAP 16 – 18) *Confidential* | | |
| 29 | Thompson Compumark Trademark Research Report re EVIDENT mark dated August 8, 2014 (Exh. 97 to Schneider Dep.) (TRR 1,3, 5, 7, 8, 18, 20, 69, 71, 72 ,249 ,251, 253 and 299) *Confidential* | | |
| 30 | Letter dated August 5, 2015 from Scott Hervey to J. Boyd Douglas re "Infringement of 'EVIDENT' Trademark" (Exh. 98 to Schneider Dep.) | | |
| 31 | Letter dated August 10, 2015 from Brandon Browning to Scott Hervey re "EVIDENT Trademark" (Exh. 99 to Schneider Dep.) | | |
| 32 | Letter dated August 20, 2015 from Scott Hervey to Brandon Browning re "Infringement of 'EVIDENT' Trademark" (Exh. 100 to Schneider Dep.) | | |
| 33 | Email dated August 20, 2015 from Jenny Humphreys to Kelly Scheer and Larry Roth re "Another Digital Project" (Exh. 101 to Schneider Dep.) (CPSI 5850) *Confidential / Restricted-AEO* | | |
| 34 | Email dated August 21, 2015 (and prior thread) from Jenny Humphreys to Kelly Scheer and | | |

| | | | |
|---|---|---|---|
| | Larry Roth re "Summary of Tenet work for Canadian website – please review" (Exh. 102 to Schneider Dep.) (CPSI 7699 – 7701) *Confidential / Restricted-AEO* | | |
| 35 | Email dated August 24, 2015 (and prior thread) from Kelly Scheer to Jenny Humphreys re "Summary of Tenet work for Canadian website – please review" (Exh. 103 to Schneider Dep.) (CPSI 3828 – 3831) *Confidential / Restricted-AEO* | | |
| 36 | Email dated August 25, 2015 (and prior thread) from Jenny Humphreys to Larry Roth re "Proposal for new Drupal site…" (Exh. 104 to Schneider Dep.) (CPSI 7682 – 7685) *Confidential / Restricted-AEO* | | |
| 37 | Email dated August 25, 2015 (and prior thread) from Jenny Humphreys to Kelly Scheer re "Proposal for new Drupal site…" attaching CPSI Filed Business Name Registration (Exh. 105 to Schneider Dep.) (CPSI 7657 - 7665) *Confidential / Restricted-AEO* | | |
| 38 | Email dated September 1, 2015 (and prior thread) from Jenny Humphreys to Kelly Scheer re "Link to Canadian Evident site" (Exh. 106 to Schneider Dep.) (CPSI 7595 – 7596) *Confidential / Restricted-AEO* | | |
| 39 | Email dated September 1, 2015 (and prior thread) from Kelly Scheer to Jenny Humphreys re "Link to Canadian Evident site and image options" (Exh. 107 to Schneider Dep.) (CPSI 5458 – 5460) *Confidential / Restricted-AEO* | | |
| 40 | Email dated September 3, 2015 (and prior thread) from Kelly Scheer to Jenny Humphreys re "Canadian Site" (Exh. 108 to Schneider Dep.) (CPSI 5806) *Confidential / Restricted-AEO* | | |
| 41 | Email dated September 15, 2015 (and prior thread) from Jenny Humphreys to Ernie Bellow re "Canadian Site" (Exh. 109 to Schneider Dep.) (CPSI 7476 – 7477) *Confidential / Restricted-AEO* | | |
| 42 | Email dated November 10, 2016 (and prior thread) from Scott Schneider to Jemes Cerruti re "A request" (Exh. 110 to Schneider Dep.) (CPSI | | |

| | | | |
|---|---|---|---|
| | 10331 – 10332) *Confidential / Restricted-AEO* | | |
| 43 | Emails dated October and November 2016 between James Cerruti and Scott Schneider re "A request" (Exh. 111 to Schneider Dep.) (CPSI 10326 – 10329) *Confidential / Restricted-AEO (pp. 10327 – 10329 only)* | | |
| 44 | Log of Prospect/Suspect Clients (Exh. 112 to Schneider Dep.) (TPI 1 – 4) *Confidential / Restricted-AEO* | | |
| 45 | CPSI July 28, 2014 Board Minutes (Exh. 113 to Dye Dep.) (BOD Min. 1 – 7) *Confidential - AEO* | | |
| 46 | CPSI Brand Strategy PowerPoint (Exh. 114 to Dye Dep.) (BOD Pres. 1-1700000-1 – 17) *Confidential - AEO* | | |
| 47 | New Customer List post Evident formation (Exh. 115 to Dye Dep.) (CL 1) *Confidential / Restricted-AEO* | | |
| 48 | Email dated October 1, 2013 from Chase Scott to Rick Jones and Chris Fowler re "100 hospitals under 1000 beds by quadrant.xlsx" (Exh. 116 to Dye Dep.) (CPSI 2262 – 2271) *Confidential / Restricted-AEO* | | |
| 49 | CPSI Corporate Structure (Exh. 117 to Dye Dep.) (CPSI 6187) *Confidential / Restricted-AEO* | | |
| 50 | Emails dated January 15, 2015 from Kelly Scheer to Jenny Humphreys re "logo" (Exh. 118 to Humphreys Dep.) (CPSI 5194 – 5195) *Confidential / Restricted-AEO* | | |
| 51 | Email dated January 16, 2015 (and prior thread) from Jenny Humphreys to Kelly Scheer re "logo" (Exh. 119 to Humpreys Dep.) (CPSI 5139 – 5140; MKT 42 – 46) *Confidential / Restricted-AEO* | | |
| 52 | PowerPoint – eventhealth.ca (Exh. 120 to Humphreys Dep.) (MKT 1, 11, 14, 15, 17 29, 30, 37, 39, 40, 41) | | |
| 53 | Screenshots of American HealthTech, Evident, Healthland, Rycan and truBridge (Exh. 121 to Humphreys Dep.) | | |
| 54 | CPSI  - our brand positioning (Exh. 122 to Hinckle Dep.) (CPSI 2568) *Confidential /* | | |

| | | | |
|---|---|---|---|
| | *Restricted-AEO* | | |
| 55 | Evident Emergency Department Information System (Exh. 123 to Hinckle Dep.) (CPSI 4930 – 4931) *Confidential / Restricted-AEO* | | |
| 56 | Email dated April 7, 2015 from Kelly Scheer to Jenny Humphreys re "Design Physicians Solution Sheet" with attached Evident - "Helping Physicians Deliver Quality Care to Their Community" (Exh. 124 to Hinckle Dep.) (CPSI 5409 – 5411) *Confidential / Restricted-AEO* | | |
| 57 | Evident ChartLink – CPOE (Exh. 125 to Hinckle Dep.) (CPSI 4856 – 4857) *Confidential / Restricted-AEO* | | |
| 58 | E-mail dated July 10, 2014 (and prior thread) between Brandon Browning and Tim Gregg re "CPSI" (Exh. 126 to Browning Dep.) (AOCCOM_R_16) *AEO - Confidential* | | |
| 59 | E-mail dated August 4, 2014 (and prior thread) from Tim Gregg to Brandon Browning re "Legal Search on potential names" (Exh. 127 to Browning Dep.) (AOCCOM_R_17 – 20) *AEO - Confidential* | | |
| 60 | E-mail dated August 4, 2014 from Brandon Browning to Scott Schneider re "Legal Search on potential names" (Exh. 128 to Browning Dep.) (AOCCOM_R_1 – 7) *AEO - Confidential* | | |
| 61 | E-mail dated August 4, 2014 (and prior thread) from Scott Schneider to Brandon Browning re "Legal Search on potential names" (Exh. 129 to Browning Dep.) (MCG EML 14 – 20) *Confidential* | | |
| 62 | 3 pages of search report – EVIDENT (Exh. 130 to Browning Dep.) TRR 3; (TRR 251; TRR 253) | | |
| 63 | E-mail dated June 7, 2016 (and prior thread) from Brandon Browning to Walton Jackson re "Trademark Clearance Report – Attorney-Client Privilege" (Exh. 131 to Browning Dep.) (AOCCOM_R_67 – 68) *AEO - Confidential* | | |

| | | | |
|---|---|---|---|
| 64 | E-mail dated November 14, 2016 (and prior thread) from Brandon Browning to Walton Jackson re "CPSI/Evident v. Wazu/Evident" (Exh. 132 to Browning Dep.) (AOCCOM_R_80 – 84) *AEO - Confidential* | | |
| 65 | E-mail dated August 14, 2014 (and prior thread) from Scott Schneider to Brandon Browning re "Trademark Clearance Report – Attorney-Client Privilege" (Exh. 133 to Browning Dep.) (MCG EML 21 – 22) *Confidential* | | |
| 66 | E-mail dated September 9, 2014 (and prior thread) from Scott Schneider to Brandon Browning re "Trademark rights for Evident" (Exh. 134 to Browning Dep.) (MCG EML 33 – 43) *Confidential* | | |
| 67 | Coexistence Agreement (Exh. 135 to Browning Dep.) (MCG EML 2 – 5) *Confidential* | | |
| 68 | E-mail dated October 14, 2014 (and prior thread) from Brandon Browning to Scott Schneider re "CDS" (Exh. 136 to Browning Dep.) (MCG EML 49) *Confidential* | | |
| 69 | E-mail dated August 10, 2015 (and prior thread) from Brandon Browning to Walton Jackson re "Evident Trademark" (Exh. 137 to Browning Dep.) (AOCCOM_R_21 – 25) *AEO - Confidential* | | |
| 70 | E-mail dated August 25, 2015 (and prior thread) from Brandon Browning to Scott Schneider re "CPSI vs. Wazu Holdings, Inc." (Exh. 138 to Browning Dep.) (AOCCOM_R_8 – 15) *AEO - Confidential* | | |
| 71 | E-mail dated November 20, 2015 from Brandon Browning to Scott Schneider re "CPSI v. Wazu Holdings, et al." (Exh. 139 to Browning Dep.) (AOCCOM_R_ 26) *AEO - Confidential* | | |
| 72 | "Evident Dental Healthcare" log-in web page from http://evident.in/pms/ (Exh. 140 to Browning Dep.) (BBR 1) | | |
| 73 | Web page entitled "Evident Lab Management" (Exh. 141 to Browning Dep.) (BBR 2) | | |

| 74 | Web page entitled "Dental Lab Management Software: Evident Labs" (Exh. 142 to Browning Dep.) (BBR 56 – 57) | | |
|----|----|----|----|
| 75 | Web pages entitled "10 Questions: Evident lab management software [VIDEO] │ Dental Products Report" (Exh. 143 to Browning Dep.) (BBR 58 – 60) | | |
| 76 | Web pages entitled "Evident Dental Lab Software Introduces The New Evident Lite Product March 2014" (Exh. 144 to Browning Dep.) (BBR 61 – 62) | | |
| 77 | Web pages entitled "Evident Dental Lab Software Introduces The New Evident Lite Product March 2014" (Exh. 145 to Browning Dep.) (BBR 63 – 64) | | |
| 78 | Web pages entitled "Evident dental lab software is Exh.ing at the Cal Lab Group annual meeting February 26th and 27th 2015" (Exh. 146 to Browning Dep.) (BBR 97 – 101) | | |
| 79 | Web pages entitled "Emerging Technologies │ dtg 3d │ Page 4" (Exh. 147 to Browning Dep.) (BBR 104 – 122) | | |
| 80 | Web page entitled "Evident – From Rx to invoice, **evident** offers all you need to manage your lab." (Exh. 148 to Browning Dep.) (BBR 123) | | |
| 81 | Web pages entitled "EvidentLabs │ Labs trust evident to manage their business." (Exh. 149 to Browning Dep.) (BBR 127 – 142) | | |
| 82 | Web pages entitled "Press Release: Paolo Kalaw joins evident as new CEO │ EvidentLabs" (Exh. 150 to Browning Dep.) (BBR 143 – 144) | | |
| 83 | Web pages entitled "Dental Lab Associations │ EvidentLabs" (Exh. 151 to Browning Dep.) (BBR 145 – 146) | | |
| 84 | Proposal (Exh. 153 to Cerruti Dep.) | | |
| 85 | E-mail dated December 16, 2013 from David Dye to Anne-Marie Normandeau re "Investor 2013-08" (Exh. 154 to Cerruti Dep.) (CPSI 10) *Confidential / Restricted - AEO* | | |
| 86 | Email dated December 9, 2013 from Anne- | | |

| | | | |
|---|---|---|---|
| | Marie Normandeau to Jenny Humphreys re " Discussion guides" with attached CPSI Employee and Executive Discussion Guides (Exh. 155 to Cerruti Dep.) (CPSI 491 – 494) *Confidential / Restricted - AEO* | | |
| 87 | Email dated December 16, 2013 from Jenny Humphreys to Anne-Marie Normandeau re "Brand Identity Guidelines and External Interview Questions" with attached CPSI Graphic Standards 1.24.12 (Exh. 156 to Cerruti Dep.) (CPSI 1764 – 1785) *Confidential / Restricted - AEO* | | |
| 88 | Summary of key findings and recommended branding that was provided by Brandlogic to CPSI (Exh. 157 to Cerruti Dep.) (TNPS 120 - 124) *Confidential* | | |
| 89 | Email dated June 10, 2014 from Jenny Humphreys to Anne-Marie Normandeau re "Proposal and strategy recommendations feedback" with attached Strategy Recommendations Feedback Final (Exh. 158 to Cerruti Dep.) (CPSI 1222 – 1227) *Confidential / Restricted – AEO* | | |
| 90 | Email dated June 26, 2014 (and prior thread) from Jenny Humphreys to Denis Riney re "Revised proposal from Brandlogic" attaching signed proposal and Revitalizing the CPSI brand proposal (Exh. 159 to Cerruti Dep.) (CPSI 1158 – 1185) *Confidential / Restricted – AEO* | | |
| 91 | Email dated June 20, 2014 from Carol Friedland to Scott Schneider and Jenny Humphreys re "Draft naming brief" with attached draft naming brief (Exh. 160 to Cerruti Dep.) | | |
| 92 | Revitalizing the CPSI Brand Internal Naming Brief July 7, 2014 (Exh. 161 to Cerruti Dep.) (TNPS 200 – 207) *AEO* | | |
| 93 | Email dated July 11, 2014 (and prior thread) from Carol Friedland to Kelly Scheer re "Naming Brief Feedback" and attached comments of Jenny Humphreys (Exh. 162 to Cerruti Dep.) (Email thread undated; comments TNPS 20 – 24) *Confidential* | | |
| 94 | Brandlogic Board of Directors pre-read, dated | | |

| | | | |
|---|---|---|---|
| | July 17, 2014 (Exh. 163 to Cerruti Dep.) (TNPS 125 – 127) *Confidential* | | |
| 95 | Email dated July 23, 2014 (and prior thread) from Kelly Scheer to Carol Friedland re "Updates" and trademark categories (Exh. 164 to Cerruti Dep.) | | |
| 96 | Brandlogic Setting the stage for a new era of growth Brand strategy presentation to Board of Directors July 28, 2014 (in response to request to provide input to a presentation they intended to make to the Board) (Exh. 165 to Cerruti Dep.) (TNPS 97 – 105) *Confidential* | | |
| 97 | Brandlogic Naming explorations: Alpha, Beta and Gamma July 30, 2014 (extract revealing the relevant pages relating to the "Evident" name) (Exh. 166 to Cerruti Dep.) (Only last page Bates labeled TNPS 19) | | |
| 98 | Document with alpha and beta names (Exh. 167 to Cerruti Dep.)(IE 336, 3364, 3365) *Confidential - AEO* | | |
| 99 | Email dated August 1, 2014 (and prior thread) from Jenny Humpreys to Kelly Scheer re "Legal Search on potential names" (Exh. 168 to Cerruti Dep.) (TNPS 35) *Confidential* | | |
| 100 | Email dated August 7, 2014 (and prior thread) from Kelly Scheer to James Cerruti and Carol Friedland re "CPSI Feedback" with attached Consolidated Feedback from Steering Committee and Naming Explorations Feedback for Brandlogic (Exh. 169 to Cerruti Dep.) | | |
| 101 | Proposal entitled Positioning CPSI for the future – A proposal for the Alpha Brand Behaviors Initiative (revised) August 19, 2014 (Exh. 170 to Cerruti Dep.) (TNPS 106 – 119) *Confidential* | | |
| 102 | Email dated August 27, 2014 from Kelly Scheer to James Cerruti and Carol Friedland e "Participations for tomorrow's call" (Exh. 171 to Cerruti Dep.) | | |
| 103 | Email dated September 9, 2014 (and prior thread) from Kelly Scheer to James Cerruti, Larry Dakner and Carol Friedland re "Alpha Name update" (Exh. 172 to Cerruti Dep.) | | |
| 10 | Email dated July 11, 2014 from Jenny | | |

| | | | |
|---|---|---|---|
| | Humphreys to David Dye and Scott Schneider re "Board Packet and Legal Counsel Question" (Exh. 173 to Cerruti Dep.) (IE 2902) *Confidential - AEO* | | |
| 10 | Email dated September 30, 2014 (and prior thread) from Scott Schneider to David Dye re "Calls today" (Exh. 174 to Cerruti Dep.) (IE 3384 – 3385) *Confidential - AEO* | | |
| 10 | Email dated September 30, 2014 (and prior thread) from Kelly Scheer to Carol Friedland re "domain availability" (Exh. 175 to Cerruti Dep.) | | |
| 107 | Email dated September 3, 2014 from Jenny Humphreys to Kelly Scheer re "Alpha Update" (Exh. 176 to Cerruti Dep.) (TNPS 36) *Confidential* | | |
| 108 | Email dated October 1, 2014 (and prior thread) from Carol Friedland to Kelly Scheer re "domain availability" (Exh. 177 to Cerruti Dep.) | | |
| 109 | Email dated September 30, 2014 (and prior thread) from James Cerruti to Jenny Humphreys re "URL options" [EvidentHealth.net] with Order Confirmation (Exh. 178 to Cerruti Dep.) | | |
| 110 | Email dated October 2, 2014 from Carol Friedland to Jenny Humphreys re "url options" [Evident options] (Exh. 179 to Cerruti Dep.) | | |
| 111 | Email dated October 24, 2014 from Kelly Scheer to Jenny Humphreys re "CPSI Corporate and Alpha brochure outlines for feedback" attaching copy submission for CPSI ALPHA Brochure (Exh. 180 to Cerruti Dep.) (CPSI 509 – 524) *Confidential / Restricted - AEO* | | |
| 112 | Email dated March 6, 2017 (and prior thread) from David Garcia to Nancy Maurice re "CPSI Alpha logo decided" (Exh. 181 to Cerruti Dep.) (TNPS 168 – 170) *Confidential* | | |
| 113 | Document with various logos for Evident (Exh. 182 to Cerruti Dep.) (TNPS 163 – 167) *Confidential* | | |
| 114 | Email dated March 6, 2017 (and prior thread) from David Garcia to Nancy Maurice re "Color study" and attached Brand elements/color for Evident logo (developing visual identity into a more final form) (Exh. 183 to Cerruti Dep.) | | |

| | | | |
|---|---|---|---|
| | (TNPS 128 – 132) *Confidential* | | |
| 115 | Presentation entitled Tenet – Evident design refinements November 25, 2014 (Exh. 184 to Cerruti Dep.) (TNPS 171 – 192) *Confidential - AEO* | | |
| 116 | Email dated November 25, 2014 from Carol Friedland to Jenny Humphreys re "PDF of today's presentation" with attached Draft/Confidential Tenet presentation entitled Evident design refinements November 25, 2014 (Exh. 185 to Cerruti Dep.) (CPSI 3387 – 3407) *Confidential / Restricted - AEO* | | |
| 117 | Email dated December 22, 2014 from Kelly Scheer to Jenny Humphreys re "CPSI look & feel feedback – business cards" with attached Confidential Tenet presentation entitled Evident Design - further set of refinements and additional application for use of Evident Mark (Exh. 186 to Cerruti Dep.) (CPSI 5219 – 5247) *Confidential / Restricted - AEO* | | |
| 118 | Email dated December 24, 2014 from Kelly Scheer to Jenny Humphreys re "Revised launch plan and audience messaging" with attached revised launch plan and revised launch messaging for the rebranding (Exh. 187 to Cerruti Dep.) (CPSI 4477 – 4496) *Confidential / Restricted - AEO* | | |
| 119 | Email dated January 26, 2015 (and prior thread) from Kelly Scheer to Jenny Humphreys re "logo" with attached Evident logo with the grey (Exh. 188 to Cerruti Dep.) (CPSI 5138 – 5141) *Confidential / Restricted - AEO* | | |
| 120 | Email dated January 27, 2015 (and prior thread) from Jenny Humppreys to Kelly Scheer attaching copy submission for CPSI Corp Brochure titled Advancing community healthcare (Exh. 189 to Cerruti Dep.) (CPSI 9639 – 9647) *Confidential / Restricted - AEO* | | |
| 121 | Email dated January 27, 2015 from Jenny Humphreys to Kelly Scheer re "Brochure" with attached redlined copy submission for Evident Brochure (Exh. 190 to Cerruti Dep.) (CPSI 9620 – 9628) *Confidential / Restricted - AEO* | | |

| 122 | Email dated January 29, 2015 from Kelly Scheer to Jenny Humphreys re "Alpha Logo Artwork" with attached folder containing final art specifications with logo artwork and summary sheet (Exh. 191 to Cerruti Dep.) (CPSI 5115 – 5123) *Confidential / Restricted - AEO* | | |
|-----|---|---|---|
| 123 | Email dated February 4, 2015 from Kelly Scheer to Jenny Humphreys re "Evident Guidelines – Please use these" to correct error in Alpha guidelines re color change in labeling system with attached Basic Identity Guidelines (Exh. 192 to Cerruti Dep.) (CPSI 5020 – 5043) *Confidential / Restricted - AEO* | | |
| 124 | Email dated February 17, 2015 from Jenny Humphreys to Kelly Scheer re "Brochure feedback" attaching revised copy submission for Evident Brochure (Exh. 193 to Cerruti Dep.) (CPSI 9305 – 9313) *Confidential / Restricted - AEO* | | |
| 125 | Email from Kelly Scheer to Jenny Humphreys attaching draft of content for Evident Brochure (Exh. 194 to Cerruti Dep.) (TNPS 53 – 59) *Confidential* | | |
| 126 | Email dated March 24, 2015 (and prior thread) from Kelly Scheer to Jenny Humphreys attaching near-final almost-ready-to-print versions of corporate CPSI brochure which can be used at the launch (Exh. 195 to Cerruti Dep.) (CPSI 4691 – 4705) *Confidential / Restricted - AEO* | | |
| 127 | Email dated March 25, 2015 (and prior thread) re "Evident brochure – for final content and image approval" attaching near final version of CPSI corporate brochure an near-final version of Evident brochure (Exh. 196 to Cerruti Dep.) (CPSI 8815 – 8831) *Confidential / Restricted - AEO* | | |
| 128 | Email dated March 25, 2015 from Kelly Scheer to Jenny Humphreys re editorial content for Evident brand (Exh. 197 to Cerruti Dep.) (TNPS 48 – 52) *Confidential* | | |
| 129 | Alpha Employee Launch Presentation March 30, 2015 (Exh. 198 to Cerruti Dep.) (TNPS 39 – 47) | | |

| | | | |
|---|---|---|---|
| | *Confidential* | | |
| 130 | CPSI employee training – Evident brand launch (Exh. 199 to Cerruti Dep.) (CPSI 4327 – 4358) *Confidential / Restricted - AEO* | | |
| 131 | Email dated April 9, 2015 from Kelly Scheer to Jenny Humphreys re "Brand Book for review" attaching final or near-final form of Evident Brand Book (Exh. 200 to Cerruti Dep.) (CPSI 4595 – 4602) *Confidential / Restricted - AEO* | | |
| 132 | Email dated September 1, 2015 from Kelly Scheer to Jenny Lumphreys re : "Link to Canadian Evident site and image options" re image options for homepage replacement of video for Canadian site (Exh. 201 to Cerruti Dep.) (CPSI 5458 – 5470) *Confidential / Restricted - AEO* | | |
| 133 | Brandlogic presentation entitled Revitalizing the CPSI Brand - Phase 1 Presentation: Discovery findings, implications and imperatives March 21, 2014 (Exh. 204 to Cerruti Dep.) (IE 3760 – 3908) *Confidential - AEO* | | |
| 134 | Brandlogic presentation entitled Revitalizing the CPSI Brand - Phase 2 Presentation: Recommended brand stragegy April 20, 2014 (Exh. 205 to Cerruti Dep.) (IE 2945 – 2993) | | |
| 135 | Brochure entitled The Future Is Evident – Building a brand for a clear way forward (Exh. 206 to Cerruti Dep.) (CPSI 4596 – 4602) *Confidential / Restricted - AEO* | | |
| 136 | Redacted CPSI Board Minutes July 22, 2013 (Exh. 212 to Douglas Dep.) (BOD Min (2)_Redacted 18 – 25) *Confidential - AEO* | | |
| 137 | CommonWell Health Alliance – Overview & Update April 2013 (Exh. 213 to Douglas Dep.) (IE 4043 – 4053) *Confidential - AEO* | | |
| 138 | Commonwell Health Alliance – 'We're connecting for the common good. Join us. (Exh. 214 to Douglas Dep.) (IE – 1164 – 1169) *Confidential - AEO* | | |
| 139 | Redacted CPSI Board Minutes July 28, 2014 (Exh. 215 to Douglas Dep.) (BOD Min (2)_Redacted 54 – 57) *Confidential - AEO* | | |
| 140 | Redacted CPSI Board Minutes October 27, 2014 | | |

| | | | |
|---|---|---|---|
| | (Exh. 216 to Douglas Dep.) (BOD Min (2)_Redacted 58 – 60) *Confidential - AEO* | | |
| 141 | Email dated November 18, 2014 from Boyd Douglas to Austin Mulherin, Bill Seifert, Boyd Douglas, Charlie Huffman, David Dye, John C Johnson re "CPSI – UWC of Board – Canada…" attaching UWC of CPSI Board of Directors as of _____, 2014 (Exh. 217 to Douglas Dep.) (IE 1606 – 1609) *Confidential - AEO* | | |
| 142 | Email dated December 11, 2014 from Boyd Douglas to CPSI Employees re "Corporate Update" (Exh. 218 to Douglas Dep.) (IE 4472) *Confidential - AEO* | | |
| 143 | Redacted CPSI Board Minutes January 5, 2015 (Exh. 219 to Douglas Dep.) (BOD Min (2)_Redacted 61 – 63) *Confidential - AEO* | | |
| 144 | Email from Boyd Douglas to CPSI Employees re "CPSI Brand Initiative Update" (Exh. 220 to Douglas Dep.) (IE 4471) *Confidential - AEO* | | |
| 145 | Redacted CPSI Board Minutes March 25, 2015 (Exh. 221 to Douglas Dep.) (BOD Min (2)_Redacted 54 – 57) *Confidential - AEO* | | |
| 146 | Redacted CPSI Board Minutes April 27, 2015 (Exh. 222 to Douglas Dep.) (BOD Min (2)_Redacted 91 – 95) *Confidential – AEO* | | |
| 147 | Email dated May 1, 2015 (and prior thread) from Scott Schneider to Boyd Douglas re "Monday AM meeting" (Exh. 223 to Douglas Dep.) (IE 1157 – 1163) *Confidential - AEO* | | |
| 148 | Email dated May 5, 2015 from Boyd Douglas to David Dye re "Monday morning meeting recap" (Exh. 224 to Douglas Dep.) (IE 2712 – 2714) *Confidential - AEO* | | |
| 149 | Redacted CPSI Board Minutes July 27, 2015 (Exh. 225 to Douglas Dep.) (BOD Min (2)_Redacted 116 – 119) *Confidential - AEO* | | |
| 150 | Email dated October 8, 2015 (and prior thread) from Boyd Douglas to Alan Haaksma re "Breaking news from Cdn. Healthcare Technology – October 8, 2015 attaching Canadian Healthcare Technology Messenger (Exh. 226 to Douglas Dep.) (IE 4597 – 5501) | | |

| | | | |
|---|---|---|---|
| | *Confidential - AEO* | | |
| 151 | Redacted CPSI Board Minutes October 26, 2015 (Exh. 227 to Douglas Dep.) (BOD Min (2)_Redacted 125 – 128) *Confidential - AEO* | | |
| 152 | Redacted CPSI Board Minutes January 25, 2016 (Exh. 228 to Douglas Dep.) (BOD Min (2)_Redacted 141 – 146) *Confidential - AEO* | | |
| 153 | Email dated January 12, 2017 (and prior thread) from Scott Schneider to Jenny Humphreys re "Tip Sheets" (Exh. 229 to Douglas Dep.) (IE 5176 – 5181) *Confidential - AEO* | | |
| 154 | Email dated February 13, 2015 (and prior thread) from Scott Schneider to David Dye re "social media" (Exh. 230 to Douglas Dep.) (IE 4169) *Confidential - AEO* | | |
| 155 | CPSI Evident Income Statements, Formation of Evident to Present  (Designated A, B, C, D, E, F – summary with backup (Exh. 233 to Chambless Dep.) *Confidential* | | |
| 156 | CPSI Evident Income Statements, Formation of Evident to Present  (Designated A, B, C, D, E, F, G, H, I, J, L – summary with backup (Exh. 234 to Chambless Dep.) *Confidential- AEO* | | |
| 157 | Computer Programs and Systems, Inc. January 26, 2015 Minutes of Meeting of the Board of Directors (Exh. 235 to Chambless Dep.)(BOD Min (2)_Redacted_000064-70) *Confidential - AEO* | | |
| 158 | CPSI's Trademark Registration, ARD-000001-000002 (Exh. 10 to Evident's MSJ) | | |
| 159 | Documents bates stamped as CPSI 005850; IE-0004894-IE-0004895; IE-0005497-IE-0005501; IE-0009971-IE-0009973 (Exh. 11 to Evident's MSJ) | | |
| 160 | Evident – Helping Secure the Future of Community Health Care," CPSI Evident marketing brochure, MKT000343-352 at MKT000346-347 (Exh. 16 to Evident's MSJ) | | |
| 161 | TTAB Board Order Suspending Proceedings dated June 27, 2017 (Exh. 22 to Evident's Opposition to MSJ) | | |
| 162 | Responses of Defendant Wazu Holdings, Ltd. and Defendant and Counterclaimant Evident, | | |

| | | | |
|---|---|---|---|
| | Inc. to Plaintiffs' First Set of Interrogatories (Exh. 23 to Evident's Opposition to MSJ) | | |
| 163 | Trademark Research Report of August 8, 2014, CONFIDENTIAL TRR 000001, 251, 253 (Exh. 12 to Evident's Reply) | | |
| 164 | Evident, Inc. and CPSI Trademark Applications (Exh. 16 to Evident's Reply) | | |
| 165 | CPSI Marketing Brochure "Evident – Patient Centered.  Community Focused (MKT000234 – MKT000342) | | |
| 166 | CPSI Marketing Brochure "Evident – Helping Secure the Future of Community Healthcare (MKT000343 – MKT000352) | | |
| 167 | CPSI Marketing Brochure "Evident – Patient Centered.  Community Focused (MKT000353 – MKT000393) | | |
| 168 | CPSI – Evident Income Statements Formation to Q3 2016 (FIN.000112-000114) | | |
| 169 | CPSI – Income Statement Review Evident for Period Ending June 30, 2015 (FIN.000004-000009) | | |
| 170 | CPSI – Income Statement Review Consolidated for Period Ending June 30, 2015 (FIN.000022-000036) | | |
| 171 | CPSI – Income Statement Review Consolidated for Period Ending March 31, 2016 (FIN.000090-000111) | | |
| 172 | CPSI – Income Statement Review Evident for Period Ending March 31, 2016 (FIN.000070-000077) | | |
| 173 | CPSI – Income Statement Review Evident for Period Ending September 30, 2013 (FIN.000053-000055) | | |
| 174 | CPSI – Evident Income Statements Formation of Evident to Q2 2017 (FIN.036653-036660) | | |
| 175 | CPSI – Evident Financials on Installations/Revenues for 2013, 2014, 2015, 2016 and Q1 and Q2 2017 (FIN.036661-036666) | | |
| 176 | CPSI – Balance Sheet for Period Ending June 30, 2017 (FIN.036667-036675 | | |
| 177 | CPSI – Income Statement Review Consolidated | | |

| | | | |
|---|---|---|---|
| | for Period Ending June 30, 2017 (FIN.036676-036677) | | |
| 178 | CPSI – Income Statement Review Total Consolidated for Period Ending June 30, 2017 (FIN.036678-036683) | | |
| 179 | CPSI – Income Statement Review Evident for Period Ending June 30, 2017 (FIN.036684-036685) | | |
| 180 | CPSI – Income Statement Review Company CPSI for Period Ending June 30, 2017 (FIN.036686-036695) | | |
| 181 | Excerpts from General Ledger Accounts of CPSI (FIN.041455-041476) | | |
| 182 | Revenue and Expense Summary Evident Q1 2015 to Q1 2013 (FIN.041477) | | |
| 183 | Excerpts from General Ledger Accounts for CPSI Q1 2013 – Q4 2015 (FIN.041478-041561) | | |
| 184 | Excerpts from General Ledger Accounts for CPSI Q1 2013 to Q4 2013 (FIN.041562-041568) | | |
| 185 | Head Count Record CPSI Jan. 2014 to Nov. 2016 (FIN.041569-041571) | | |
| 186 | Excerpts from CPSI Board Minutes January 26, 2015 (BOD Min (2) Redacted 000064-000070) | | |
| 187 | Email Exchange Between Scott Schneider and Jenny Humphreys Feb. 19-21, 2013 (IE-0009329) | | |
| 188 | Email Exchange Between Kelly Schear, Humphreys and Scott Schneider July 28-31, 2014 (IE-0007997-0007999) | | |
| 189 | Email Exchange with Attachments, Scott Schneider and Jenny Humphreys August 18, 2014 (IE-0007977-0007982) | | |
| 190 | Agreement and Invoice between Markman, Inc. and CPSI dated October 20, 2014 (IE-0007687-0007686) | | |
| 191 | Domain Name and Related Rights Purchase and Transfer Agreement between CPSI and David Weinberger (IE0007738) | | |
| 192 | Email exchange between Scott Schneider and Jenny Humphreys May 21-22, 2014 (IE0008198-0008199) | | |
| 193 | Email Exchange between Jenny Humphreys and | | |

| | representatives of CPSI and Trubridge - June and July of 2014 (IE0009111-0009115) | | |
|---|---|---|---|
| 194 | Email exchange between Jenny Humphreys, Scott Schneider and Mary Breland January 19-24, 2017 (IE0009464-0009466) | | |
| 195 | CPSI Marketing Materials 2014 CPSIMKT000767-000768 | | |
| 196 | CPSI Marketing Materials CPSIMKT000602-000604 | | |
| 197 | CPSI Marketing Materials CPSIMKT000541 | | |
| 198 | CPSI Marketing Materials CPSIMKT000577 | | |
| 199 | CPSI Marketing Materials CPSIMKT000451 | | |
| 200 | CPSI Marketing Materials CPSIMKT000361 | | |
| 201 | CPSI Marketing Materials CPSIMKT000313-000314 | | |
| 202 | CPSI Marketing Materials 2011 CPSIMKT000298 | | |
| 203 | CPSI Marketing Materials CPSIMKT000194 | | |
| 204 | CPSI Marketing Materials 2014 CPSIMKT000468 | | |

Dated this 8th day of March, 2018.

Respectfully submitted,

s/  Marvin Gelfand
Marvin Gelfand, Cal. State Bar No. 53586
Brittany J. Shugart, Cal. State Bar No. 293228
Attorney for Defendants,
Wazu Holdings, Ltd. and Evident, Inc.,
and Counterclaimant, Evident, Inc.
**Weintraub Tobin Chediak Coleman**
**Grodin Law Corporation**
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA 90067
(310) 858-7888 (phone)
(310) 550-7191 (fax)
mgelfand@weintraub.com
*AND*
T. Julian Motes (MOTET6512)
Attorney for Defendants,
Wazu Holdings Ltd. and Evident, Inc.,

and Counterclaimant, Evident, Inc.
**Sirote & Permutt, PC**
One St. Louis Centre, Suite 1000
Post Office Drawer 2025
Mobile, AL 36652-2025
(251) 432-1671 (phone)
(251) 434-0196 (fax)
jmotes@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Walton Jackson, Esq.
Scott S. Brown, Esq.
Evan N. Parrott, Esq.
**Maynard, Cooper & Gale, P.C.**
11 North Water Street, Suite 24290
Mobile, AL 36602
Phone:  (251) 432-0001
Fax:  (251) 432-0007
wjackson@maynardcooper.com
scottbrown@maynardcooper.com
eparrott@maynardcooper.com

and

**Maynard, Cooper & Gale, P.C.**
2400 Regions/Harbert Plaza
1901 6th Avenue, North
Birmingham, AL 35203-2618
Phone:  (205) 254-1000
Fax:  (205) 254-1999
bbrowning@maynardcooper.com

s/ Marvin Gelfand